**FILED**

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0594



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0594

TOWN OF EKALAKA,

      Plaintiffs and Appellants,

v.

EKALAKA VOLUNTEER FIRE
DEPARTMENT, INC.

      Defendants and Appellees.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Geoffrey R. Keller, 2812 1ˢᵗ Avenue N, Suite 225, P.O. Box 1098, Billings, MT 59103, (406)252-5500, gkeller@mkattorneys.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this January 12, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:     Courtney Jo Lawellin, Albert R Batterman